# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1157** | **September Term, 2023** |
| | EPA-88FR36654 |
| | Filed On: November 15, 2023 [2027164] |

State of Utah, by and through its Governor,
Spencer J. Cox, and its Attorney General,
Sean D. Reyes,

      Petitioner

   v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
                Intervenors
------------------------------

Consolidated with 23-1181, 23-1183,
23-1190, 23-1191, 23-1193, 23-1195,
23-1199, 23-1200, 23-1201, 23-1202,
23-1203, 23-1205, 23-1206, 23-1207,
23-1208, 23-1209, 23-1211, 23-1306,
23-1307, 23-1314, 23-1315, 23-1316,
23-1317

## O R D E R

It is **ORDERED**, on the court's own motion, that case Nos. 23-1314, 23-1315, 23-1316, and 23-1317 be consolidated with 23-1157, et al. .

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                         BY:    /s/
                                    Scott H. Atchue
                                    Deputy Clerk